No. 13-1374

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

DICKENSON-RUSSELL COAL COMPANY,

Petitioner,

v.

SECRETARY OF LABOR,
MINE SAFETY AND HEALTH ADMINISTRATION

and

FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION,

Respondents.

ON PETITION FOR REVIEW OF A DECISION
OF THE FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION

SURREPLY BRIEF FOR RESPONDENT THE SECRETARY OF LABOR

M. PATRICIA SMITH　　　　　　　　　　SAMUEL CHARLES LORD
Solicitor of Labor　　　　　　　　　　　　　Attorney

HEIDI W. STRASSLER　　　　　　　　　U.S. Department of Labor
Associate Solicitor　　　　　　　　　　　　Office of the Solicitor
　　　　　　　　　　　　　　　　　　　　　1100 Wilson Blvd., Suite 2200
W. CHRISTIAN SCHUMANN　　　　　　Arlington, Virginia 22209-2296
Counsel, Appellate Litigation　　　　　　Telephone: (202) 693-9370
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 693-9361
　　　　　　　　　　　　　　　　　　　　　lord.charlie@dol.gov

# TABLE OF CONTENTS

<u>Page</u>

TABLE OF AUTHORITIES ................................................................................. ii

PROCEDURAL BACKGROUND ........................................................................ 1

ARGUMENT ......................................................................................................... 1

CONCLUSION ...................................................................................................... 4

CERTIFICATE OF COMPLIANCE

CERTIFICATE OF SERVICE

# TABLE OF AUTHORITIES

<u>Page</u>

**Cases:**

*Price v. Time, Inc.*,
    416 F.3d 1327 (11th Cir. 2005) ......................................................... 2

**Regulations:**

30 C.F.R. § 50.20(a) ............................................................................................1

**Other Authorities:**

http://oxforddictionaries.com/us/definition/american_english/each?q=each ................................................................................................................ 4

http://thesaurus.com/browse/each .......................................................... 3

http://www.thefreedictionary.com/each  .................................................. 4

http://www.merriam-webster.com/dictionary/each  ................................ 3

## PROCEDURAL BACKGROUND

On July 2, 2013, the Secretary filed a letter with the Clerk of the Court concerning a statement the Secretary believed to be an error on page six of the Reply Brief of the Petitioner, Dickenson-Russell Coal Company ("Dickenson Coal"). Dkt. Entry 21. The Clerk directed Dickenson Coal to respond, Dkt. Entry 22, and Dickenson Coal filed a response letter denying that the statement was an error. Dkt. Entry 23. Thereafter, the Clerk sent a letter to all parties stating that, if the Secretary wishes to pursue the matter further, he may file a motion to strike Dickenson Coal's Reply Brief or, alternatively, request leave to file a surreply. Dkt. Entry 25.

## ARGUMENT

The Secretary continues to believe that the Reply Brief misquotes an online thesaurus by suggesting that a list of synonyms for "any" was a list of synonyms for "each." Reply Br. 6 (claiming that "a bit, a little, all, each and every, <u>either</u> …" are synonymous with "each") (emphasis added by Dickenson Coal). "Each," not "any," is the word used in the MSHA regulation at issue in this case, 30 C.F.R. § 50.20(a). In this surreply, the Secretary incorporates by reference the points made in his

July 2 letter to the Clerk, Dkt. Entry 21, and responds to two claims made in Dickenson Coal's response letter.  Dkt. Entry 23.

First, Dickenson Coal claims that the Thesaurus.com website "draws no distinction between the two words ['each' and 'any'] since searching 'each' in the context of the part of speech 'determiner' generates the definition of 'any.'"  Dkt. Entry 23, at 1.  It is not correct that Thesaurus.com "draws no distinction" between "each" and "any"; the website provides separate entries and distinct definitions for those words.  *See* Dkt. Entry 24, at 1 (Thesaurus.com screenshots) (defining "each" to mean "every" while defining "any" to mean "one, some; unspecified, indiscriminate").  Similarly, the inclusion of "each" among the list of synonyms for "any" does not mean that Thesaurus.com "draws no distinction" between the words.  "A synonym is not a definition because words that are similar can, and often do, have distinct meanings."  *Price v. Time, Inc.*, 416 F.3d 1327, 1337 (11th Cir. 2005).  Dickenson Coal's assertion -- that Thesaurus.com equates "each" with "any" because of the way search results may be filtered – is based

more on a particularity in the way the Thesaurus.com search engine works rather than on sound semantics.[1]  Dkt. Entry 24, at 1.

Second, Dickenson Coal suggests that the word "each" has different meanings depending on whether it is classified as a "determiner" or an "adjective."  Dkt. Entry 23, at 2 ("The usage of 'each' referred to by the Secretary in his letter was as an adjective, not as a determiner.").  This is not convincing.  Many dictionaries, including the two online dictionaries cited on page six of the Reply Brief, classify "each" as an adjective and do not provide separate entries for "each" as a determiner.  *See* http://thesaurus.com/browse/each (classifying "each" as an adjective); http://www.merriam-webster.com/dictionary/each (same).  And among those dictionaries that do classify "each" as a

---

[1] As the screenshots from Thesaurus.com illustrate, the website's search function works by returning all entries that contain a given search term, whether the search term appears in those results as a "Main Entry" for which synonyms are provided, or rather as a synonym for a different "Main Entry" word. Dkt. Entry 24. This explains why, when "each" is entered as the search term, the results page includes entries not only for the word "each" but also for the words "any," "respective," and "per," because "each" is listed as a synonym for those terms.  Dkt. Entry, at 1.  Filtering this initial results page to include only those "Main Entry" words that are classified as "determiners" eliminates all "Main Entries" for the word "each" because Thesaurus.com classifies "each" as either an adjective or a pronoun; but an entry for the word "any" remains because the Thesaurus.com classifies "any" as a "determiner." *See* Dkt. Entry, at 2.

3

determiner rather than as an adjective, that classification amounts to a distinction without a difference. Either way, "each" means "every." *See* http://www.thefreedictionary.com/each (defining the determiner "each" to mean "every (one) of two or more considered individually"); http://oxforddictionaries.com/us/definition/american_english/each?q=each (stating that the determiner "each" is "used to refer to every one of two or more people or things, regarded and identified separately"). Those definitions of "each" are consistent with the Secretary's plain meaning argument. Sec'y's Br. 20-21.

## CONCLUSION

For the foregoing reasons, and for those reasons set forth in the Secretary's Response Brief, the petition for review should be denied.

Respectfully submitted,

|  |  |
|---|---|
|  | s/ Samuel Charles Lord |
|  | SAMUEL CHARLES LORD |
|  | Attorney |
| M. PATRICIA SMITH | U.S. Department of Labor |
| Solicitor of Labor | Office of the Solicitor |
|  | 1100 Wilson Boulevard |
| HEIDI W. STRASSLER | Suite 2200 |
| Associate Solicitor | Arlington, Virginia 22209-2296 |
|  | Telephone: (202) 693-9333 |
| W. CHRISTIAN SCHUMANN | Fax: (202) 693-9361 |
| Counsel, Appellate Litigation | E-mail: lord.charlie@dol.gov |

4

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 32(a)(7)(C) of the Federal Rules of Appellate Procedure, I hereby certify that this Surreply Brief complies with the type-volume limitation in Rule 32(a)(7)(B) because it contains 759 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii). The foregoing brief is presented in proportionally-spaced typeface using Microsoft Office Word 2010 in 14-point Century font. Footnotes are presented in 13-point Century font.

<u>s/ Samuel Charles Lord</u>
Samuel Charles Lord

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2013, I filed and served the foregoing Surreply Brief for the Secretary of Labor with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that within two business days, I will cause eight copies to be delivered to the Clerk of the Court.

<u>s/ Samuel Charles Lord</u>
Samuel Charles Lord